**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MORRIS,<br><br>              Plaintiff,<br><br>      v.<br><br>O'REILLY AUTOMOTIVE STORES, INC. and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.: ED CV 21-1060-FWS-KK<br><br>**JUDGMENT** |

After this court's June 10, 2022, order granting Defendant O'Reilly Automotive Stores, Inc.'s motion for summary judgment on the Complaint filed by Plaintiff Heather Morris, and having dismissed all remaining defendants, judgment is hereby entered in favor of Defendant O'Reilly Automotive Stores, Inc., and against Plaintiff Heather Morris, as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Plaintiff Heather Morris shall take nothing by this action against Defendant O'Reilly Automotive Stores, Inc. or any other defendant in this action;

2. Defendant O'Reilly Automotive Stores, Inc. is entitled to, and is hereby granted, judgment in its favor and against Plaintiff Heather Morris;

3. Defendant O'Reilly Automotive Stores, Inc. shall submit a bill of costs within **fourteen (14) days** of entry of this Judgment.

4. The entire case is hereby adjudicated.

DATED: June 10, 2022

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE